UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER JOEL LEYVA, SR.,

        Plaintiff,

v.

SANTA CLARA COUNTY OFFICE OF CLERK,

        Defendant.

No. C 15-0267 EDL (PR)

**ORDER OF DISMISSAL**

On January 20, 2015, plaintiff, proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) The same day, the Clerk notified plaintiff that he had not paid the filing fee, nor had he filed a complete application to proceed in forma pauperis ("IFP"). (Docket No. 3.) Specifically, plaintiff did not submit a certificate of funds signed by an authorized officer, and did not attach a copy of his prisoner trust account statement showing transactions for the last six months. Along with the deficiency notice, plaintiff was provided with an IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or otherwise communicated with the court.

Thus, the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

///

///

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 1 at 4.)

**IT IS SO ORDERED.**

Dated: March  9 , 2015.

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Leyva267disifp.wpd